RAYMOND & KENDALL, Respondents, *vs.* EDGAR & WALSH, Appellants.

1. Case not properly saved.

*Lewis & Henning,* for appellants.
*A. P. & P. B. Garesché,* for respondents.

GAMBLE, Judge. In this case the trial of the facts was by the court, and the court makes its decision finding the facts. There was no motion to review any question of law or fact

arising on the trial and determined by the court, but there was a motion in the form of the old motion for a new trial, for the reasons that the finding was contrary to law and against evidence. The record presents no case saved according to the code, and the judgment is affirmed.